Winnebago County 17th Judicial Circuit Court   User: smaddox

Roa Listing
2018-CF-0001987
For Defendant: Chris Caudill

| Date | Action |
|---|---|

### People of the State of Illinois  vs.  Chris Caudill

| Date | Action |
|---|---|
| 02/25/2019 | Correspondence filed by Defendant in 18CF1987 ROA's mailed to the defendant |
| 03/04/2019 | Entry: Motion for Final Disposition Filed Copy sent to s/a/o |
| 03/19/2019 | Email Notification Sent |
| 04/05/2019 | Entry: Motion for Final Disposition Filed by Defendant (3 Originals) Copy sent to s/a/o, no return envelope enclosed. |
| 04/26/2019 | Email Notification Sent |
| 04/22/2019 | Correspondence filed by Defendant Copy sent to s/a/o, No return envelope enclosed. |
| 05/08/2019 | Email Notification Sent |
| 07/29/2019 | Correspondence filed by Defendant--Re: Copies of ROA's No return envelope enclosed. |
| 09/03/2019 | Entry: Motion to Dismiss Filed Copy sent to s/a/o |
| 09/03/2019 | Entry: Proof/Certificate of Service Filed |
| 09/03/2019 | Entry: Motion for Final Disposition Filed |
| 09/03/2019 | Entry: Motion to Appoint Counsel Filedc |

CAUDILL, CHRIS B46019 NRC 7/16/2019

## CONTINUANCE

☐ Hearing continued to next docket.

    ☐ At Inmate's Request for: _____
    ☐ At Board's Request (Continuance may not exceed 30 days)
        ☐ Continued for the following reason: _____
_____
_____

## SENTENCING PHASE

**The evidence is not sufficient to find that a violation occurred.**

☐ **Found Not to Be a Violator**

☒ **There is a preponderance of evidence that the violation did occur in regards to Rule(s):**

    ☒ The releasee committed a *new* criminal offense(s) of: DUI *[illegible]*
    ☒ The releasee violated the following condition(s) of the Parole/Release Agreement:
        3, 4, 5, 7, 8, 9, 10, 14, 16
    (Rules 3-15 of Mandatory Supervised Release Agreement)

    ☐ The releasee/parolee violated the following Special Order(s): _____
    (Rule 16 condition violations)

☒ Declared a violator as of ~~1/23~~ 8/4/18 **while on**
    ☒ Mandatory Supervised release
    ☐ Parole (Released by Board vote)
    ☐ Statutory Parole (Sentenced after 1973)
    ☐ Mandatory Parole (Sentenced prior to 1973)

**Offender's Mitigating Evidence Summary:**
(Summary of why revocation is inappropriate/Why reinstatement should be considered)

|  |
|---|
|  |

☒ **Parole/Release REVOKED**

☐ **Parole/Release RESUMED**

    ☐ Effective when plans are approved
    ☐ Effective on the following date _____

☐ **Release effective upon the approval of a viable host site as determined by IDOC (VAD/VAI only)**

Distribution: IPRB File; IDOC Record Office; Offender and Attorney if applicable